*In re* TEODORO MALDONADO RIVERA.

*Número:* TS-6901          *Resuelto:* 22 de mayo de 2003

*Teodoro Maldonado Rivera, pro se.*

## RESOLUCIÓN

Examinada la Moción Solicitando Reinstalación presentada en este caso el 5 de mayo de 2003, y dado que el término de la suspensión venció el 4 de mayo de 2003, *se ordena la reinstalación inmediata del Lcdo. Teodoro Maldonado Rivera al ejercicio de la notaría.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*